ACCEPTED
08-22-00022-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
6/21/2022 12:21 PM
ELIZABETH G. FLORES
CLERK

**IN THE COURT OF APPEALS**
**EIGHTH DISTRICT OF TEXAS**
**EL PASO, TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
6/21/2022 12:21:40 PM
ELIZABETH G. FLORES
Clerk

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **DISH NETWORK, L.L.C., et al.**, | § | No. 08-22-00022-CV |
| | § | |
| Relators. | § | |
| | § | |

---

**MOTION TO WITHDRAW**
**AND FOR SUBSTITUTION OF COUNSEL**

---

**TO THE HONORABLE COURT OF APPEALS:**

COME NOW John P. Mobbs, attorney, and files this Motion to Withdraw and for Substitution of Counsel, pursuant to Rule 6.5(d) of the Texas Rules of Appellate Procedure, and would show the Court the following:

1.      Attorney John P. Mobbs is presently lead counsel for Real Party in Interest in the above-styled cause.  Attorney George P. Andritsos is presently co-counsel in this cause.

2.      The undersigned counsel respectfully request that the Court permit Attorney Mobbs to withdraw as counsel and designate Attorney Andritsos as lead counsel.  His contact information is:

GEORGE P. ANDRITSOS
3116 Montana Avenue
El Paso, Texas 79903
(915) 566-9995
Fax: (915) 566-9996
Email: george@andritsos.com
State Bar No. 00786987

3.     There are no present settings or deadlines in the case.

Respectfully submitted,


*/s/ John P. Mobbs*
John P. Mobbs
Attorney at Law
State Bar No. 00784618
7170 Westwind Dr., ste. 201
El Paso, Texas 79912
Tel. (915) 541-8810
Fax (915) 541-8830
Email johnmobbs@gmail.com

And


*/s/ George P. Andritsos*
GEORGE P. ANDRITSOS
3116 Montana Avenue
El Paso, Texas 79903
(915) 566-9995
Fax: (915) 566-9996
Email: george@andritsos.com
State Bar No. 00786987

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served by electronic service to all counsel of record, on the date of filing.

*/s/ John P. Mobbs*
John P. Mobbs

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 65629454
Status as of 6/21/2022 12:44 PM MST

Associated Case Party: Yvette Delgado

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| George Paul Andritsos | 786987 | george@andritsos.com | 6/21/2022 12:21:40 PM | SENT |
| John P. Mobbs | 784618 | johnmobbs@gmail.com | 6/21/2022 12:21:40 PM | SENT |

Associated Case Party: ECHOSPHERE L.L.C

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stephanie Ahrens Waller | 24047063 | stephanie.waller@hnbllc.com | 6/21/2022 12:21:40 PM | SENT |
| Steven Joseph Blanco | 796217 | sblanco@bomwlaw.com | 6/21/2022 12:21:40 PM | SENT |
| David Michael Noll | 24027575 | david.noll@hnbllc.com | 6/21/2022 12:21:40 PM | SENT |

Associated Case Party: DISH NETWORK L.L.C.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Steven Joseph Blanco | 796217 | sblanco@bomwlaw.com | 6/21/2022 12:21:40 PM | SENT |
| Stephanie Ahrens Waller | 24047063 | stephanie.waller@hnbllc.com | 6/21/2022 12:21:40 PM | SENT |
| David Michael Noll | 24027575 | david.noll@hnbllc.com | 6/21/2022 12:21:40 PM | SENT |